**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Gabriel Romero CONTRERAS, a.k.a. Jose Romero–Contreas, a.k.a. Jose Gabriel Romero–Contreras, a.k.a. Martin Carlos Villa, Defendant–Appellant.**

**No. 16–10097**

United States Court of Appeals,
Ninth Circuit.

---

ed by Ninth Circuit Rule 36–3.

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

**328**

Submitted September 13, 2016 *

Filed September 19, 2016

Krissa Marie Lanham, USPX—Office of the US Attorney, Phoenix, AZ.

Jose Gabriel Romero Contreras, Milan, NM, Pro Se.

Before: HAWKINS, N.R. SMITH, and HURWITZ, Circuit Judges.

MEMORANDUM **

Jose Gabriel Romero Contreras appeals from the district court's judgment and challenges his guilty-plea conviction and 24-month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Romero Contreras's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Romero Contreras the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Romero Contreras waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir. 2009). We ac-

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

cordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**